Barrett Law Office, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No.  06-6728 CRB**<br><br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Pamela D. Bodenstein, as Surviving Spouse and Administrator and Personal Representative of the Estate of Kevin L. Bodenstein, Deceased,<br>Plaintiff,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **PAMELA D. BODENSTEIN,** and Defendants, by and through

the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'

fees and costs.

DATED ___Oct. 5___, 2009     By:_____

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

THRASH LAW FIRM
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
Facsimile: (501) 374-2222

*Attorneys for Plaintiffs*

DATED: __Oct. 5__ , 2009      By:_____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __10/9/09___      _____
Hon. Charles R. Breyer
United States

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE